# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DUNCAN KITCHEN GRIPS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BOSTON WAREHOUSE TRADING CORP., <br><br> Defendants. | Case No.: SACV 09-01328-CJC(MLGx) <br><br><br> JUDGMENT |

Plaintiff Duncan Kitchen Grips, Inc. shall take nothing by way of all claims raised in its Complaint. The Complaint is dismissed with prejudice and judgment is entered in favor of Defendant Boston Warehouse Trading Corp.

DATED:   March 8, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE