David Hong, Esq. (CA# 195795)
david.hong@dhpatentlaw.com
LAW OFFICE OF DAVID HONG
P.O. Box 211, Santa Clarita, CA 91386-2111
Tel: (866) 824-8680
Fax: (866) 824-8680
Attorney for Plaintiff **Duncan Kitchen Grips, Inc.**

Mr. Edward R. Schwarz, Esq. (CA#147553)
ers@cph.com
CHRISTIE PARKER HALE
350 West Colorado Blvd., Suite 500
Post Office Box 7068, Pasadena, CA 91109-7068
Tel: (626) 795-9900; Fax: (626) 577-8800
Attorney for Defendant **Boston Warehouse Trading Corp.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DUNCAN KITCHEN GRIPS, INC., a California Corp.<br><br>Plaintiff/Counter-defendant<br><br>vs.<br><br>BOSTON WAREHOUSE TRADING CORP., a Massachusetts Corp.<br><br>Defendant/Counter-claimant | Case No. SACV09-01328 CJC (MLGx)<br><br>**ORDER Re: Stipulation for Dismissal with Prejudice**<br><br><br><br>**Hon. CORMAC J. CARNEY**<br>**Courtroom 9B** |

Pursuant to the stipulation filed by Plaintiff DUNCAN KITCHEN GRIPS, INC. and Defendant BOSTON WAREHOUSE TRADING CORP. informing the Court that they have reached a complete settlement of their disputes pursuant to a June 27, 2011 Confidential Settlement Agreement, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All claims and counterclaims by all parties in this action are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorney's fees incurred in this action.

3. This Court (Central District of California) shall retain exclusive jurisdiction over any action or motion relating to breach or enforcement of the "Confidential Settlement Agreement" between the parties.

IT IS SO ORDERED.

Date: December 28, 2011         _____

                                Judge Cormac J. Carney
                                United States District Court Judge